Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| Sally L Cowan | ) Chapter 13 <br> ) <br> ) Case No.: 8:10-bk-15559-RK <br> ) <br> ) **NOTICE OF UNCLAIMED DIVIDEND** <br> ) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301167** in the sum of **$ 287.19** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and address of the party entitled to said unclaimed dividend is as follows:

    Sally L Cowan
    16912 Rockereek Circle #140
    Huntington Beach, CA 90049

Date: September 10, 2011          __/S/_____
                                           Amrane Cohen, Chapter 13 Standing Trustee

| Case No. | Debtor Name(s) | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 1015559 | Sally L Cowan ACCT: | Claim: 00000 | XXX-XX-7555 | | |
| | | | 287.19 | 0.00 | 287.19 |
| | | TOTALS | 287.19 | 0.00 | 287.19 |

Sally L Cowan

BALANCE:            [0.00  1/00000]
SSN: XXX-XX-7555    SSN:
ACCT:               CASE: 1015559
PRINCIPAL:    287.19    INTEREST:    0.00

---

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0301167

Sep 09, 2011

VOID 90 DAYS FROM DATE

*******$287.19

PAY  Two Hundred Eighty Seven And 19 / 100 Dollars

TO THE ORDER OF   U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301167⑈ ⑆061100790⑆ 000000575186 2⑈